IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

MARCUS BARRINGTON,

    Petitioner,

v.  :  CIVIL ACTION NO.: CV213-037

SUZANNE HASTINGS, Warden.

    Respondent.

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Petitioner Marcus Barrington ("Barrington") filed Objections. Barrington's Objections do not reveal that the Bureau of Prisons ("BOP") arbitrarily violated its policy and Program Statement for an inmate's participation in the Residential Drug Abuse Program ("RDAP"). As the Magistrate Judge noted, the BOP has the sole authority to determine whether a prisoner should participate in the RDAP. The Magistrate Judge also noted that the BOP did not abuse its discretion in determining Barrington did not meet the criteria for entry into the RDAP.

Barrington's Objections are **overruled**. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Barrington's petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241, is **DENIED**. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 22 day of June, 2014.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA